IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD NICHOLAS GERACI, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Case No. 2:23-cv-2066-EFM-GEB |
| | ) |
| HARBOR FREIGHT TOOLS USA, INC. | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Ronald Nicholas Geraci, and Defendant, Harbor Freight Tools USA, Inc., by and through their respective undersigned counsels, hereby stipulate, in accordance with the parties' settlement agreement, that all of Plaintiff's claims against Defendant in this lawsuit are hereby dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

*/s/ Benjamin C. Fields*
Benjamin C. Fields           KS  #22209
FIELDS LAW FIRM
1600 Genessee Street, Suite 860
Kansas City, Missouri 64102
(816) 659-9970 – telephone
(816) 659-9969 – facsimile
ben@fieldslawkc.com

ATTORNEY FOR PLAINTIFF
RONALD NICHOLAS GERACI

*/s/ Theodore A. Kardis*
Theodore A. Kardis   KS     #21052
Wilson Elser Moskowitz Edelman
& Dicker LLP
7777 Bonhomme Avenue Suite 1900
St. Louis, MO 63105
314.930.2860 (Main) 314.930.2861 (Fax)
theodore.kardis@wilsonelser.com

and

*/s/ William C. Swallow*
William C. Swallow   admitted *pro hac vice*
Clyde & Co US LLP
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
312.635.7000 (Main)
bill.swallow@clydeco.us

ATTORNEYS FOR DEFENDANT
HARBOR FREIGHT TOOLS USA, INC

## **CERTIFICATE OF SERVICE**

I certify that on July 9th, 2024, the foregoing was electronically filed using the Court's electronic filing system, which will send notice of the filing to all registered attorneys of record.

 */s/ Benjamin C. Fields*
Counsel for Plaintiff